**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-6970**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

BERNARD GIBSON, SR., a/k/a Bernard Willis,

                                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.
(8:94-cr-00454-PJM)

———————————

Submitted: October 31, 2006        Decided:  November 6, 2006

———————————

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Bernard Gibson, Sr., Appellant Pro Se.  Sandra Wilkinson, Assistant
United States Attorney, Greenbelt, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bernard Gibson, Sr., appeals the district court's order denying in part his motion filed pursuant to Fed. R. Crim. P. 36. We have reviewed the record and find no reversible error. We find that the criminal judgment filed in November 2002 accurately reflects the life sentence announced at the resentencing hearing. Accordingly, we affirm the denial of relief. <u>United States v. Gibson</u>, No. 8:94-cr-00454-PJM (D. Md. filed May 8, 2006, and entered May 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>